**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KVK TECH, INC.,**<br>*Plaintiff,*<br><br>**v.**<br><br>**MALLINCKRODT LLC and SPECGX, LLC,**<br>*Defendants.* | **Civil No. 25-6269** |

**ORDER**

**AND NOW,** on this 28th day of September, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 26) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows for the reasons stated in the accompanying memorandum:

1) Defendants' Motion is **GRANTED** as to Count IV. Plaintiff's Sherman Act claim is **DISMISSED** without prejudice.

2) Defendants' Motion is otherwise **DENIED**.

It is further **ORDERED** that Plaintiff may file an amended complaint no later than October 13, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge